DAVIS WRIGHT TREMAINE LLP
    John A. Goldmark (*pro hac vice*)
    *johngoldmark@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

DAVIS WRIGHT TREMAINE LLP
    James H. Moon (SBN 268215)
    *jamesmoon@dwt.com*
    Peter Bae (SBN 329158)
    *peterbae@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendants Amazon.com, Inc.; Amazon.com Services LLC; Amazon Payments, Inc.; and Amazon Capital Services, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENZEN SHILEZIYOU TECHNOLOGIES CO. LTD., *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>       Defendants. | Case No. 3:21-cv-07083-MMC<br><br>**FOURTH JOINT STATUS REPORT ON STATUS OF ARBITRAL PROCEEDINGS** |

JOINT STATUS REPORT
NO. 3:21-CV-07083-MMC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

      Pursuant to the Court's December 9, 2021 Order Granting Defendants' Motion to Compel Arbitration, Plaintiffs Shenzen Shileziyou Technologies Co. Ltd., Shenzhen Aiwoli Technologies Co. Ltd., Shenzhen Shide Yixun E-Commerce Co. Ltd., Shenzhen Chaosheng Network Technologies Co. Ltd., Shenzhen Ruike E-Commerce Co. Ltd., Shenzhen Shimi Yingtong Automobile Service Co. Ltd., and Shenzhen Tudi Technologies Co. Ltd. (collectively, "Plaintiffs") and Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Payments, Inc., and Amazon Capital Services, Inc. (collectively, "Amazon") submit the following Joint Status Report.  On December 9, 2021, the Court granted Amazon's Motion to Compel Arbitration; stayed the action pending completion of arbitration proceedings; and directed the parties to file, no later than May 13, 2022, and every six months thereafter, a joint report apprising the Court of the status of the arbitral proceedings.  (ECF No. 29.)  On May 12, 2022, the parties filed their first Joint Status Report advising the Court that no arbitration proceedings had commenced.  (ECF No. 31.)  On November 14, 2022, the parties filed their second Joint Status Report advising the Court that no arbitration proceedings had commenced.  (ECF No. 32.)  On May 15, 2023, the parties filed their third Joint Status Report advising the Court that no arbitration proceedings had commenced.  (ECF No. 33.)

      Counsel for the parties conferred on November 2, 2023.  No arbitration proceedings have yet been commenced.  Plaintiffs represent that they are preparing to begin individual arbitration proceedings against Amazon.  The parties will provide a further report in six months, i.e., by May 15, 2024.

JOINT STATUS REPORT
NO. 3:21-cv-07083-MMC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Dated: November 15, 2023 | YK LAW, LLP |
| | By: /s/ Vahe Khojayan |
| |     Vahe Khojayan |
| | *Attorneys for Plaintiffs* |
| Dated: November 15, 2023 | DAVIS WRIGHT TREMAINE LLP |
| | By: /s/ John A. Goldmark |
| |     John A. Goldmark |
| | *Attorneys for Defendants* |

2

JOINT STATUS REPORT
NO. 3:21-cv-07083-MMC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**FILER'S ATTESTATION**

I, John A. Goldmark, am the ECF user whose identification and password are being used to file this joint status report. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: November 15, 2023

DAVIS WRIGHT TREMAINE LLP

By: /s/ John A. Goldmark
     John A. Goldmark

*Attorneys for Defendants*

3

JOINT STATUS REPORT
NO. 3:21-cv-07083-MMC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax